Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, CHIEF WILLIAM RECTOR, OFFICER ANTHONY HERNANDEZ, OFFICER DENNIS PARK, OFFICER ERIC SOUTH, OFFICER PAUL YOON, and OFFICER STEPHEN KAUFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| LEONARD MARELLA, | Case No. 1:09-CV-00453 OWW JLT |
| Plaintiff, | **STIPULATION RE CONTINUANCE OF TRIAL DATE AND MODIFICATION OF SCHEDULING CONFERENCE ORDER; ORDER THEREON** |
| v. | |
| CITY OF BAKERSFIELD; et al. | |
| Defendants. | *Current Trial Date: July 27, 2010* |

TO THE HONORABLE JENNIFER L. THURSTON, UNITED STATES DISTRICT COURT MAGISTRATE JUDGE:

Through their respective attorneys of record, the parties hereto request a 60-day continuance of the trial date, presently set for July 27, 2010, and all other dates as set forth in the Scheduling Conference Order dated July 29, 2009 [Docket No. 38]. Good cause exists in that due to his current incarceration the deposition of the plaintiff has only recently been noticed and will be taken on January 27, 2010. As such additional time is necessary for the completion of discovery and for the preparation

///

of meaningful expert reports inasmuch as the expert witness disclosure date is currently set for January 15, 2010, as well.  The deposition of plaintiff may lead to additional percipient witness depositions.

Wherefore, the parties request that the Court continue the trial date to either September or October 2010, or to a later date convenient to the Court's calendar.  The parties further request that the deadlines and hearings relative to the trial date also be continued by 60 days.

Dated: January 6, 2010.                                    By:   /s/ Robert E. Dowd
                                 Robert E. Dowd,
                                 Attorney for Plaintiff above-named.

Dated: January 6, 2010.                                    MARDEROSIAN, RUNYON,
                                 CERCONE & LEHMAN


By:   /s/ Michael E. Lehman
                                 Michael E. Lehman,
                                 Attorney for Defendants above-named.

## ORDER

IT IS ORDERED that the trial of the above-referenced matter be continued to September 21, 2010, at 9:00 a.m., in Courtroom No. 4 of the United States District Court.

IT IS FURTHER ORDERED that the following hearing dates and deadlines be continued as follows:

| Deadline/Hearing | Current Date | New Date/Time |
| --- | --- | --- |
| Non-Expert Discovery Cut-off | January 15, 2010 | March 15, 2010 |
| Expert Disclosures | January 15, 2010 | March 15, 2010 |
| Supplemental Expert Disclosures | February 15, 2010 | April 15, 2010 |
| Expert Discovery Cut-Off | March 15, 2010 | May 17, 2010 |
| Non-Dispositive Motion Filings | March 30, 2010 | May 31, 2010 |
| Settlement Conference | March 31, 2010 | June 1, 2010 |
| Non-Dispositive Motion Hearing | April 26, 2010 | June 28, 2010 |

| | | |
|---|---|---|
| Dispositive Motion Filings | April 15, 2010 | June 15, 2010 |
| Dispositive Motion Hearing | May 17, 2010 | July 19, 2010 |
| Pre-Trial Conference | June 21, 2010 | August 23, 2010 |
| Trial | | October 19, 2010 |

NO FURTHER CONTINUANCES.

IT IS SO ORDERED.

**Dated:   January 7, 2010**              /s/ **Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE