0Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, CHIEF WILLIAM RECTOR, OFFICER ANTHONY HERNANDEZ, OFFICER DENNIS PARK, OFFICER ERIC SOUTH, OFFICER PAUL YOON, and OFFICER STEPHEN KAUFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| LEONARD MARELLA, | Case No. 1:09-CV-00453 OWW JLT |
| Plaintiff, | **STIPULATION RE CONTINUANCE OF DATE FOR EXCHANGE OF EXPERT WITNESS DISCLOSURES AND MODIFICATION OF SCHEDULING CONFERENCE ORDER; ORDER THEREON** |
| v. | |
| CITY OF BAKERSFIELD; et al. | |
| Defendants. | |
| | *Current Trial Date: July 27, 2010* |

TO THE HONORABLE OLIVER W. WANGER, UNITED STATES DISTRICT COURT JUDGE:

Through their respective attorneys of record, the parties hereto request a continuance of the current date for exchange of expert witnesses disclosures, including expert reports pursuant to F.R.C.P. Rule 26(a)(2) (presently set for March 15, 2010, as set forth in the Court's Order Re Continuance of Trial Date and Modification of Scheduling Conference Order dated January 11, 2010 [Dkt. No. 42]) to April 5, 2010. One prior request for continuance of the trial date and all relevant

///

dates thereto was made on January 6, 2010, by way of stipulation and said modification of the scheduling conference order was granted on January 11, 2010 [Order, Dkt. 42].

Good cause exists for the parties' request for continuance of the date for exchange of expert witness disclosures and reports in that transcripts of depositions, including that of the plaintiff, have not yet been completed by the court reporter and delivered to counsel. These transcripts are necessary in order for the parties' experts to prepare meaningful reports. As such additional time is necessary for the exchange of the expert witness disclosures and accompanying expert witness reports pursuant to F.R.C.P. Rule 26(a)(2)(B). Wherefore, the parties request that the Court continue the date for exchange of the expert witness disclosures to April 5, 2010. All other dates relative to the October 19, 2010, trial date shall remain on calendar as ordered by the court on January 11, 2010.

Dated: March 9, 2010     By: /s/ Robert E. Dowd
                                          Robert E. Dowd,
                                          Attorney for Plaintiff above-named.

Dated: March 9, 2010     MARDEROSIAN, RUNYON,
                                     CERCONE & LEHMAN

                                         By: /s/ Michael E. Lehman
                                          Michael E. Lehman,
                                          Attorney for Defendants above-named.

**ORDER**

IT IS ORDERED that the date of exchange of expert witness disclosures in the above-referenced matter be continued to April 5, 2010.

IT IS SO ORDERED.

MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721

1  Dated:   March 9, 2010            /s/ Oliver W. Wanger
           ED STATES DISTRICT JUDGE

MARDEROSIAN,
RUNYON, CERCONE
& LEHMAN
1260 Fulton Mall
Fresno, CA 93721