Robert E. Dowd  SB# 93284
305 S. Bliss Street
Bakersfield, California 93307
661/393-0168 fax 661/634-9320
e-mail ella552@sbcglobal.net

*FILED*
APR 28 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES FEDERAL DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leonard Marella<br><br>  Plaintiff<br><br>v.<br><br>City of Bakersfield, Bakersfield City Police Department, William Rector, Chief of Police, Officer Anthony Hernandez, Bakersfield Police Department, Officer Dennis Park, Bakersfield Police Department, Officer Eric South, Bakersfield Police Department, Officer Paul Yoon, Bakersfield Police Department, Officer Stephen Kauffman, Bakersfield Police Department and John Does 1 thru 50, | Case No.: 09-cv-00453 OWW JLT<br><br>**ORDER OF EX PARTE MOTION FOR REQUEST FOR EXTENSION TO FILE OPPOSITION TO SUMMARY JUDGMENT** |

IT IS HEREBY ORDERED THAT THE PLAINTIFF LEONARD MARELLA shall file his Opposition to Summary Judgment no later that May 5, 2010.

Date: April __28__, 2010

_____
Oliver W. Wanger
United States District Judge

-1-