Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, BAKERSFIELD POLICE DEPARTMENT, CHIEF WILLIAM RECTOR, OFFICER ANTHONY HERNANDEZ, OFFICER DENNIS PARK, OFFICER ERIC SOUTH, OFFICER PAUL YOON, and OFFICER STEPHEN KAUFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| LEONARD MARELLA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF BAKERSFIELD; et al.<br><br>　　　　Defendants. | Case No. 1:09-CV-00453 OWW JLT<br><br>**ORDER ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>DATE: June 21, 2010<br>TIME: 10 a.m.<br>COURTROOM: #3 |

　　　　The Court, having considered all documentary evidence filed in support of, in response to and reply to the defendants' motion for summary judgment and having issued its Memorandum of Decision Regarding Defendants' Motion for Summary Judgment [Dkt. No. 64] on August 26, 2010, hereby orders as follows:

　　　　1.　　Defendants' motion for summary judgment as to Plaintiff's section 1983 claim against Defendant Hernandez on the basis of qualified immunity is GRANTED;

///

2. Defendants' motion for summary judgment as to the City of Bakersfield and Bakersfield Police Department is GRANTED;

3. Defendants' motion for summary judgment as to Defendant Rector is GRANTED; and

4. Defendants' motion for summary judgment as to Defendants Park, South, Yoon, and Kauffman is DENIED.

IT IS SO ORDERED.

DATED: August 9, 2010.                    /s/ OLIVER W. WANGER
                                          UNITED STATES DISTRICT JUDGE