Michael G. Marderosian, No. 077296
Michael E. Lehman, No. 133523
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants OFFICER ANTHONY HERNANDEZ, OFFICER DENNIS PARK, OFFICER ERIC SOUTH, OFFICER PAUL YOON, and OFFICER STEPHEN KAUFFMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

| | |
|---|---|
| LEONARD MARELLA, | Case No. 1:09-CV-00453 OWW JLT |
| Plaintiff, | **ORDER ON DEFENDANTS' MOTIONS IN LIMINE** |
| v. | |
| OFFICER ANTHONY HERNANDEZ; et al. | DATE: October 8, 2010<br>TIME: 12 p.m.<br>COURTROOM: #3 |
| Defendants. | |

The Court, having considered all documentary evidence failed in support of and in response to Defendants' Motions in Limine, hereby orders as follows:

**DEFENDANTS' MOTION IN LIMINE NO. 1:  EXCLUSION OF ALL WITNESSES NOT PREVIOUSLY DISCLOSED IN DISCLOSURES PURSUANT TO F.R.C.P. 26 OR IN DISCOVERY RESPONSES**

GRANTED with the proviso that plaintiff be allowed to add Barbara Adams as a witness if he provides her for a deposition to defense counsel during the week of October 11, 2010.

///

///

**DEFENDANTS' MOTION IN LIMINE NO. 2**: EXCLUSION OF ANY EXPERT TESTIMONY OFFERED BY THE PLAINTIFF

GRANTED as to expert witness Thome but DENIED as to expert witness White as his declaration is found to be in substantial compliance with Rule 26. However, expert witness White is limited to the subject matter of his declaration.

**DEFENDANTS' MOTION IN LIMINE NO. 3: EXCLUSION OF ANY TESTIMONY OF ANY WITNESS WHO COULD NOT BE LOCATED FOR DEPOSITION**

GRANTED in part with the proviso that before witnesses Barbara Adams, Connie Taylor, and Xavier Zamora testify at trial they be made available for deposition to defense counsel during the week of October 11, 2010.

**DEFENDANTS' MOTION IN LIMINE NO. 4: EXCLUSION OF NONPARTY WITNESSES FROM THE COURT ROOM**

GRANTED

**DEFENDANTS' MOTION IN LIMINE NO. 5: EXCLUSION OF ANY GOLDEN RULE ARGUMENT**

GRANTED

**DEFENDANTS' MOTION IN LIMINE NO. 6: EXCLUSION TO ANY ARGUMENT OR EVIDENCE CONCERNING SETTLEMENT NEGOTIATIONS**

GRANTED

**DEFENDANTS' MOTION IN LIMINE NO. 7: EXCLUSION OF ANY REFERENCE, ARGUMENT, OR EVIDENCE PERTAINING TO INSURANCE OR INDEMNIFICATION**

GRANTED

**DEFENDANTS' MOTION IN LIMINE NO. 8**: NO MENTION OF WILLIAM RECTOR, THE CITY OF BAKERSFIELD, OR THE BAKERSFIELD POLICE DEPARTMENT AS A PRIOR PARTY

GRANTED

IT IS SO ORDERED.

Dated:   October 12, 2010          /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

MARDEROSIAN, RUNYON, CERCONE & LEHMAN
1260 Fulton Mall
Fresno, CA 93721