## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

```
LEONARD MARELLA,

          Plaintiff,
                                        JUDGMENT IN A CIVIL ACTION
vs.
                                        1:09-cv-00453 OWW

ANTHONY HERNANDEZ, DENNIS PARK
ERIC SOUTH, PAUL YOON,
& STEPHEN KAUFFMAN,

          Defendants.
_____/
```

Judgment is entered in this action in favor of Defendants Anthony Hernandez, Eric South, and Stephen Kauffman and against Plaintiff Leonard Marella on all claims according to the verdicts of trial jury returned in open Court October 22, 2010. Judgment is entered in favor of Defendants Dennis Park and Paul Yoon and against Plaintiff Leonard Marella based on plaintiff's dismissal of those defendants.

DATED: October 25, 2010                VICTORIA C. MINOR, Clerk


                                            /s/ RENEE GAUMNITZ
                                       By:  Renee Gaumnitz,
                                            Deputy Clerk

PDF created with pdfFactory trial version www.pdffactory.com